LYMAN BICKFORD et al., Appellants, *v.* ISAAC H. SUTHERLAND, Respondent.

(Argued June 27, 1890; decided October 7, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made April 14, 1888, which affirmed a judgment in favor of defendant entered upon a decision of the court on trial at Circuit.

*Charles McLouth* for appellants.

*John D. Lynn* for respondent.

Agree to affirm ; no opinion.
All concur, except BRADLEY and HAIGHT, JJ., not sitting.
Judgment affirmed.

───────────

CHARLES HENRY PHELPS, Respondent, *v.* THE CABLE RAILWAY COMPANY, Appellant.

(Argued June 3, 1890; decided October 21, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made March 2, 1888, which affirmed a judgment in favor of plaintiff, entered upon a decision of the court on trial without a jury.

This action was brought to recover commissions alleged to have been earned by plaintiff in effecting a sale, as broker, of certain patent rights belonging to defendant.

The questions litigated were as to the terms of the contract between the parties, the amount plaintiff was entitled to thereunder, and as to whether and to what extent the same was affected by an alleged breach of contract on the part of defendant with the purchaser.

*Julien T. Davies* for appellant.

*Noah Davis* for respondent.

POTTER, J., reads for reversal and new trial.
All concur, except HAIGHT and BROWN, JJ., dissenting.
Judgment reversed.